Benjamin Quaintance-EL C/O
P.O. Box 2461
Friendswood, Texas
[77549] N/D
Private Attorney

United States Courts
Southern District of Texas
F I L E D

JUL 19 2019

David J. Bradley, Clerk of Court

## U.S. Court of Appeals, Fifth Circuit
## Southern Texas District
### Houston Division

STATE OF TEXAS )     Case # 19TR-001824
                       NOTICE OF REMOVAL OF ACTION UNDER 28 U.S. Code § 1455

Plaintiff )

v.

BENJAMIN QUAINTANCE-EL )

DEFENDANT )

Pursuant to 28 U.S. Code § 1455, I, Benjamin Bernard Quaintance-EL, Trustee of the Melanated Harmony TR, in Propria Persona, Sui Juris, Jus Soli, Without Parens Patria, Without Prejudice, All Rights Reserved, Without Recourse, The Natural Person am writing this correspondence in regards to Case Case # 19TR-001824 (Expired License Plates) with THE MUNICIPAL COURT OF THE CITY OF FRIENDSWOOD for which a jury trial has been set for July 31, 2019 at 6:30pm.  I believe this case is a violation of my constitutional rights as well as a violation of the property rights of the Melanated Harmony TR and mandate action by the Southern Texas District Court, Houston Division, a Federal Court as the alleged violation took place in Harris County.   First, the Friendswood Municipal court has violated the fourteenth amendment under the due process clause.   *NOTICE OF SPECIAL APPEARANCE AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION* has been filed with the Friendswood Municipal Court in response to every summon(s) asking the court to prove jurisdiction for all the stated charges above as per **Allen v. Wright, 468 U.S. 737, 751 (1984)** as well as **Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992).** The court has failed to do so. The court and prosecutor continue to move forward with this charge when neither has proven jurisdiction. I have not made a formal plea to the above charge. In addition, *Transportation Code Section 501.025* according to Motor Vehicle Title Manual issued by the Texas Department of Motor Vehicle states, "A county assessor-collector may not issue a title receipt on the first sale of a motor vehicle unless the applicant for the title provides the application for a title and a manufacturer's certificate, in a manner prescribed by the department." Likewise, in Section 10.2 Manufacturer's Certificate of Origin (MCO) of the Motor Vehicle Title Manual it states, "The only acceptable basic evidence under this Act to obtain a title for a new vehicle is a Manufacturer's Certificate of Origin (MCO)" as well as "An MCO is the birth certificate for a new motor vehicle, house trailer, trailer, or semitrailer. The manufacturer must issue one for each vehicle (Transportation Code Section 501.002)."  The state cannot issue a Texas Title without first acquiring an automobile's MCO. According to the Motor Vehicle Title Manual, the MCO is the "Birth Certificate" of an automobile, meaning it is the Original Title of the Automobile. The reason why the state has jurisdiction over an automobile which itself is not involved in commerce is because it possess the MCO or the true title of the Automobile.  Through **Affidavit and Notice in Declaration of Allodial Ownership of Property (UCC File No. 18-00332788)** filed with the Texas Secretary of State, the Melanated Harmony TR **(EIN: 98-6086428)** possess an authenticated certified copy of the MCO for 2011 Blue Camry with Vehicle Identification Number 4T1BF3EK3BU627866 and License Plate Number BX1W132 equivalent to the original MCO **(28 U.S. Code § 1733 (b))**. "It is beyond the power of a State by legislation fiat to convert property used exclusively in the business of a private carrier, into a public utility, or to make the owner a public carrier, for that would be taking private property for public use without just compensation which no State can do consistently with the due process of law clause of the 14th Amendment." ((See police power) **Producers Transportation Co. v. RR Commission**, 251 U.S. 228, 230; **Wolff Co. v. Duke**, 266 U.S. 570, 578.)

In addition, the charge stated above is a violation of the Fourteenth amendment under the Right to Travel which has been upheld by the Supreme Court of the United States; "That rule is stated as follows by the supreme court of the United States: 'A citizen may have, under the fourteenth amendment, the right to travel and transport his property upon them (the public highways) by auto vehicle, but he has no right to make the highways his place of business by using them *as a common carrier for hire*."(**Buck v. Kuykendall**, 267 U. S. 307 [38 A. L. R. 286, 69 L. Ed. 623, 45 Sup. Ct. Rep. 324]). Other courts have also upheld the right to travel. (**Thompson v. Smith**, Chief of Police. Supreme Court of Appeals of Virginia. 155 Va. 367, 154 S.E. 579, 71 A.L.R. 604.; **Shapiro v Thompson**, 394 US 618, 22 L Ed 2d 600, 89 S Ct 1322.). **Do not Detain Injunction** (UCC File No. 18-00332788) filed with the Texas Secretary of State was issued in order to protect my right to travel and the property rights of the Melanated Harmony TR. As it

relates to Case # 19TR-001824 (Expired License Plates), the courts have ruled that "Travel is not a privilege requiring, licensing, vehicle registration, or forced insurances." (*Chicago Coach Co. v. City of Chicago,* 337 Ill. 200, 169 N.E. 22). Finally, the fourth amendment requires that there exist specific, objective facts establishing reasonable suspicion of criminal activity before a stop can occur *(Brown v. Texas,443 U.S. 47, 52 (1979); Delaware v. Prouse, 440 U.S. 648 (1979)).* As of writing this correspondence, no formal complaint nor sworn affidavit from the issuing officer has been received by the Defendant concerning the above charge.   All Correspondence concerning this matter should be sent to C/O PO BOX 2461 Friendswood, Texas [77549] or if any questions call 281-658-0451.

X_____
**Authorized Signature of BENJAMIN QUAINTANCE-EL**
**All rights reserved under UCC § 1-308**

# * * * CITATION * * *
## FRIENDSWOOD POLICE DEPARTMENT

**Citation # F0049695**

| Date | Time |
|---|---|
| 05/20/2019 | 02:33 PM |

**Location of Offense:** 2737 FM 528, FRIENDSWOOD

### AND DID COMMIT THE FOLLOWING OFFENSE(S)

1) TRC 502.407A
   EXPIRED LICENSE PLATES- 08/2018

2)

3)

4)

| Alleged Speed | Speed Limit | Construction Zone Workers Present | School Zone | Accident |
|---|---|---|---|---|
| | | YES (NO) | YES (NO) | YES (NO) |

**Probable Cause for Stop:** EXP LP- 08/2018

### VIOLATOR

**Name:** QUAINTANCE-EL, BENJAMIN BERNARD
**Current Address:** 2302 DOLAN SPRINGS LN
**Home Phone:**
**City, State, and Zip:** FRIENDSWOOD, TX 77546
**Work Phone:**

| Date of Birth | Race | Sex | Height | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 02/04/1986 | B | M | 6'02 | | |

### DRIVER LICENSE

| State | CL | Number | SSN |
|---|---|---|---|
| TX | C | 12104099 | |

### VEHICLE

| State | Registration Year | Number |
|---|---|---|
| TX | 08/2018 | BX1W132 |

| Veh Year | Color | Make | Model |
|---|---|---|---|
| 2011 | BLUE/BLUE | TOYT | CAMRY |

| Comm Mtr Veh | Carrying Materials | Comm ID # |
|---|---|---|
| YES (NO) | HAZ NON-HAZ | |

### SEARCH

| Search | Consent | Arrest Made | Contraband | Type of Contraband |
|---|---|---|---|---|
| YES (NO) | YES (NO) | YES (NO) | YES (NO) | |

IF YOU ARE CONVICTED OF A MISDEMEANOR OFFENSE INVOLVING VIOLENCE WHERE YOU ARE OR WERE A SPOUSE, INTIMATE PARTNER, PARENT, OR GUARDIAN OF THE VICTIM OR ARE OR WERE INVOLVED IN ANOTHER, SIMILAR RELATIONSHIP WITH THE VICTIM, IT MAY BE UNLAWFUL FOR YOU TO POSSESS OR PURCHASE A FIREARM, INCLUDING A HANDGUN OR LONG GUN, OR AMMUNITION, PURSUANT TO FEDERAL LAW UNDER 18 U.S.C. SECTION 922(G)(9) OR SECTION 46.04(B), PENAL CODE. IF YOU HAVE ANY QUESTIONS WHETHER THESE LAWS MAKE IT ILLEGAL FOR YOU TO POSSESS OR PURCHASE A FIREARM, YOU SHOULD CONSULT AN ATTORNEY.

### SIGNATURE

YOU ARE SCHEDULED TO APPEAR FOR ARRAIGNMENT AT THE MUNICIPAL COURT, 1600 WHITAKER DRIVE, FRIENDSWOOD, TX 77546

ON 06/26/2019 AT 06:30 PM

[signature block and fine-print paragraphs illegible]

X _____
**Signature of Party Charged**

### ISSUED BY

| Name | Badge No. |
|---|---|
| EATON, M. | 2393 |

# NOTICE OF SPECIAL APPEARANCE AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I, Benjamin Bernard Quaintance-EL, Trustee of the Melanated Harmony TR, in Propria Persona, Sui Juris, Jus Soli, Without Parens Patria, Without Prejudice, All Rights Reserved, Without Recourse, The Natural Person am writing this correspondence regarding Citation #F0049695/ Case # 19TR-001824. UCC 1-304 states that " Every contract or duty within the Uniform Commercial Code imposes an obligation of good faith in its performance and enforcement." During the stop, I showed Officer Eaton Badge No.2393 on 05/20/2019 a letter from THE MUNICIPAL COURT OF THE CITY OF FRIENDSWOOD stating that I was already due in court for the charge of Expired License Plates. She stated to me that she had the ability to cite me as many times until I resolved the issue of the Expired License Plates and that I did not have the ability to operate an automobile with Expired License Plates. A contract by law must be voluntary and I do not give my consent to contract in anyway with any party, agency, or juristic person associated with Citation #F0049695 unless the good faith standard in accordance with UCC 1-304 is proven. In addition, a plea of not guilty was entered on my behalf for Case # 19TR-001824 without my knowledge. I do not consent to nor wish to enter a plea.

The Declaration of Independence states that "...we hold these truths to be self-evident, that all men are created equal, that they are endowed by their creator with certain unalienable rights, that among these are Life, Liberty, and the pursuit of Happiness.---- That to secure these rights, Governments are instituted among Men, deriving just U.S from the consent of the governed." The purpose of government then is to protect and maintain individual rights. Therefore, the jurisdiction/standing of courts then is limited to determining matters where an individual's rights have been violated. NOW, Inc. v. Scheidler, 510 US 249 states that "Standing is perhaps the most important of [the jurisdictional] doctrines... standing represents a jurisdictional requirement which remains open to review at all stages of the litigation." In addition, Clifford S. v. Superior Court, 45 Cal.Rptr.2d 333,335, states that "Without standing there is no actual or justiciable controversy, and courts will not entertain such cases."; Frillici v. Westport, 264 Conn. 266, 280, 823 A.2d 1172 (2003); Missionary Soc. v. Bd. of Pardons & Paroles, 896 A.2d 809 (Conn. 2006). As it relates to standing, Allen v. Wright, 468 U.S. 737, 751 (1984) details the requirement of standing. It states that "The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief."; Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992).

The undersigned's respondent (myself) appearance shall be by special appearance for the court to prove it has jurisdiction to proceed in this matter. Therefore, the respondent is invoking right to appear under special appearance. The Supreme court recognized special appearance and defined it in the matter of Baldwin v. Iowa State Travelling Men's Assn., 283 US 522 – Supreme Court 1931. It states that "The Special Appearance gives point to the fact that the respondent entered the Missouri Court for the very purpose of litigating the question of jurisdiction over its person. It had the election not to appear at all. If, in the absence of appearance, the court has proceeded to judgement and the present suit had been brought thereon, respondent could have raised and tried out the

issue in the present action, because it would have never had its day in court with respect to jurisdiction." Thompson v. Whitman, 18 Wall, 457; Pennyor v. Neff, 95 U.S. 714; Hart v. Sansom, 110 U.S. 151; Wetmore v. Karrick, 205 U.S. 141; Bigelow v. Old Dominion Copper Co., 225 U.S. 111; McDonald v. Mabee, 243 U.S. 90.

As per UCC 1-304, I am petitioning the court in good faith to show proof that it has jurisdictional standing to adjudicate Citation #F0049695/ Case # 19TR-001824 as outlined by Allen v. Wright, 468 U.S. 737, 751 (1984) and Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992). In addition, the petitioner, State of Texas, must provide evidence of personal injury which was a result of my alleged conduct as it relates to Citation #F0049695/ Case # 19TR-001824 and that said personal injury is likely to be redressed by the requested relief as outlined by Allen v. Wright, 468 U.S. 737, 751 (1984) and Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992). All evidence/proof must be provided by USPS mail delivery by following federal rule 5(b)(2)(c) to P.O. Box 2461 Friendswood, Texas 77549 before the Trial on 7/31/2019 at 6:30pm so the respondent may establish a competent defense. If the above evidence/proof cannot be provided before the time stated above, it is tantamount to an admission of lack of evidence/no jurisdictional standing and that Citation #F0049695/ Case # 19TR-001824 will be summarily dismissed.

X _____

Benjamin Bernard Quaintance-EL, Respondent

Trustee of the Melanated Harmony TR, In Propria Persona, Sui Juris, Jus Soli, Without Parens Patria, Without Prejudice, All Rights Reserved, Without Recourse, The Natural Person

All rights reserved under UCC § 1-308


ACKNOWLEDGMENT

State of Texas

County of Galveston

On __6/27/19__ before me, __Marie Garner__, a notary public, personally appeared Benjamin Quaintance-EL, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____

MARIE GARNER
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 01/16/2023
NOTARY ID 12845320-0



THE MUNICIPAL COURT OF THE
CITY OF FRIENDSWOOD

**NOTICE OF TRIAL**

NAME: BENJAMIN BERNARD QUAINTANCE EL

CASE #: 19TR-001824; EXPIRED LICENSE PLATES

A plea of not guilty having been entered in the referenced case, the Court hereby sets said case for a Trial pursuant to the Texas Code of Criminal Procedure, on **July 31, 2019, 6:30 PM at 1600 Whitaker Drive, Friendswood, Texas**. All matters will be heard and all motions must be filed pursuant to Article 28.01, Texas Code of Criminal Procedure, except trial on the merits. Any objection to the form or substance of a charging instrument and/or any motion for continuance must be filed in writing seven (7) days before the trial. The Defendant and his/her attorney, if any, and the State's attorney are all ordered to appear at this hearing. Failure to appear may result in parties being responsible for cost of impaneling jury, and a warrant of arrest may be issued.

If you have questions or would like to discuss plea arrangements, you may contact the city attorney at the number below:
Donnie Quintanilla       409-744-9783       dquintanilla@doylelawfirm.net

If you have any questions, please contact the court office at 281/996-3252 during normal business hours.

Signed and dated on May 21, 2019

Friendswood Municipal Court Clerk

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
MelanatedHarmonyTR@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Melanated Harmony TR
c/o: [2302] Dolan Springs Lane
Non-Domestic
Friendswood, Texas [77546]
Real Land North America

RECEIVED
SEP 19 2018
OLK 78

18-00332788
09/19/2018 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
838326820002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
18-0016130838

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME |  |  |  |
| INDIVIDUAL'S FIRST PERSONAL NAME |  |  |  |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |  |  | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**Do not Detain Injuction (SEE ATTACHED)**
**Affidavit and Notice in Declaration of Allodial Ownership of Property (SEE ATTACHED)**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

## Do Not Detain Injunction

This Do Not Detain Injunction is being written on behalf of the trustee of the Melanated Harmony TR, Benjamin Quaintance-EL.  Benjamin Quaintance-EL is a non-citizen U.S. National as per the U.S. Department of State (Passport #:  ) and is no longer a U.S. citizen.   He will be traveling in a 2011 Blue Camry with Vehicle Identification Number 4T1BF3EK3BU627866 and License Plate Number BX1W132 which is property of the Melanated Harmony TR (EIN: 98-6086428).  He and the automobile mentioned above is not to be encumbered in anyway.  Our Trustee's right to travel has been violated in the past.  In accordance with the Common Law Copyright Notice BBQ-040286-CN, as per UCC File No. 18-0016132234 and UCC File No. 18-0016130838, violations of this Do Not Detain Injunction will result in monetary compensation and if necessary legal/lawful action.

In **Thompson v. Smith**, Chief of Police. Supreme Court of Appeals of Virginia. 155 Va. 367, 154 S.E. 579, 71 A.L.R. 604. Sept. 12, 1930 **it states**:

**Constitutional law:** Citizen's right to travel upon public highways and transport his property thereon in ordinary course of life and business is common right.   The right of a citizen so to do is that which he has under his right to enjoy life and liberty, to acquire property, and to pursue happiness and safety.
**Automobiles, Highways:**   Citizen's right to travel upon public highways includes right to use usual conveyances of time, including horse-drawn carriage, or automobile, for ordinary purposes of life and business.
**Injunction:**  Injunction lies against enforcement of **void statute or ordinance**, where **legal remedy is not as complete or adequate as injunction**, or where **threatened or attempted enforcement will do irreparable injury to person in interfering with exercise of common fundamental personal right**.   By "irreparable injury" is meant an injury of such a nature that fair and reasonable redress may not be had in a court of law and that to refuse the injunction would be a denial of justice.


As it pertains to our Trustee, an individual has a right to travel.  Below is constitutional law, law, and case law attesting to this claim:


**Articles of Confederation (1781):**

*... the free inhabitants of each of these states ... shall be entitled to privileges and immunities of free citizens in the several states; and the people of each state shall have free ingress and regress to and from any other state, ...*


**Chief Justice Melville Fuller, in Williams v. Fears (1900):**

### Affidavit and Notice in Declaration of Allodial Ownership of Property

NOTICE TO AGENT IS NOTICE TO PRINCIPLE NOTICE TO PRINCIPLE IS NOTICE TO AGENT. ANY PARTY WISHING TO CREATE DISPUTE WITH RESPECT TO THE CLAIMS MADE HEREIN MUST DO SO WITHIN (30) THIRTY DAYS, AND SUCH DISPUTES MUST BE SIGNED UNDER OATH, BOND, AND FULL COMMERCIAL LIABILITY.

This notice shall serve to inform ALL entities that Melanated Harmony TR OWN automobile with Vehicle Identification Number 4T1BF3EK3BU627866 in ALLODIUM.

Dated August 7,2018, Francis Arita, Custodian of Records for the Texas Department of Motor Vehicles, sent Document/Title Number 08400143122125323 which contained a certified copy of the "Certificate of Origin for a Vehicle" pertaining to the automobile with Vehicle Identification Number 4T1BF3EK3BU627866. 28 U.S. Code § 1733 (b) states that "Properly authenticated copies or transcripts of any books, records, papers or documents of any department or agency of the United States shall be admitted in evidence equally with the originals thereof." Attached is an authenticated copy (Certificate Number 11608642) of the "Certificate of Origin for a Vehicle" pertaining to the automobile with Vehicle Identification Number 4T1BF3EK3BU627866. The Melanated Harmony TR now possess the true Certificate of Origin for the automobile with Vehicle Identification Number 4T1BF3EK3BU627866. As per 28 U.S. Code § 1733 (b), authenticated copies are equivalent to the originals thereof and **not a certificate of title.**

Let it be known, we will unabashedly enforce the Do not Detain Injunction and will not hesitate to prosecute all parties involved in its violation to the fullest extent of the law. Let it further be known that any parties attempting to intimidate our trustee, Benjamin Quaintance-EL, or any representative of Melanated Harmony TR will be subject to severe criminal penalties as well as subsequent civil charges for any damage sustained to those rights themselves, or any property or physical injury that may be caused by agents of ALL Town, County, City, State, or Federal entities in the Corporate United States. Through BOND TRUST INDENTURE AND SECURITY AGREEMENT BBQ-040286-SA, as per UCC File No. 18-0016132234 and UCC File No. 18-0016130838, the Melanated Harmony retained power of attorney over Benjamin B. Quaintance. In addition, through BOND TRUST INDENTURE AND SECURITY AGREEMENT BBQ-040286-SA, as per UCC File No. 18-0016132234 and UCC File No. 18-0016130838, the Melanated Harmony has retained ownership over Driver's license number 12104099. Driver's license number 12104099 holds no weight and is not applicable as it relates to the operation of automobile with Vehicle Identification Number 4T1BF3EK3BU627866 as the vehicle itself will not be used for commerce. In addition, Driver's license number 12104099 holds no weight and is not applicable to any automobile being operated by Benjamin B. Quaintance (AKA Benjamin Quaintance-EL) if the automobile itself is not being used for commerce during the time he is traveling in it. Benjamin B. Quaintance (AKA Benjamin Quaintance-EL) now understands that he never knowingly, willfully, intentionally, or of his own FULLY informed consent, waived any rights as it pertains to Driver's license number 12104099. ANY and ALL registration contracts with respect to the automobile with Vehicle Identification Number 4T1BF3EK3BU627866 are null, and void ab initio, unenforceable as if they have never existed on the grounds of constructive fraud. Benjamin B. Quaintance now understands that he never knowingly, willfully, intentionally, or of his own FULLY informed consent, waived any rights as it pertains to the automobile with Vehicle Identification Number 4T1BF3EK3BU627866. Registration contracts with respect to the automobile with Vehicle Identification Number 4T1BF3EK3BU627866, were presented as an obligation of law, when they were in fact contracts. ALL contracts MUST be voluntary, otherwise they are void for duress. As such, ALL property registration contracts associated with automobile with Vehicle Identification Number 4T1BF3EK3BU627866 and/or contracts associated with Benjamin B. Quaintance (AKA Benjamin Quaintance-EL) which infringe on his right to travel in anyway are here by now and forever irrevocably void as if they never existed. We hereby attest swear certify and

otherwise state that all of the information contained in this affidavit is true and correct and based upon our knowledge of the contained facts, and that they are accurate to the best of our knowledge.

The undersigned party to this affidavit possesses 100% absolute, and complete allodial ownership of the properties. It is our understanding that Allodial property is not subject to taxation, lien, levy, garnishment, seizure, or permit requirements of ANY form. It is incumbent on the recipient that he/she notify all necessary officials in his/her jurisdiction of this notice.

All challenges are to be sent by Certified mail to c/o: [2302] Dolan Springs Lane Friendswood, Texas 77546. If no challenges are made within the allotted time stated above, it will be tantamount to acceptance of this Affidavit and Notice in Declaration of Allodial Ownership of Property and will serve as a lawful contract between the recipient and the Melanated Harmony TR.

Sincerely,

Melanated Harmony TR

X _____

Authorized Signature of Melanated Harmony TR

Benjamin Quaintance-EL, Trustee

All rights reserved under UCC § 1-308

ACKNOWLEDGMENT

State of Texas

County of Galveston

On _____ before me, _Marie Garner_____, a notary public, personally appeared Benjamin Quaintance-EL (trustee of Melanated Harmony TR), who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____

[Notary Seal: MARIE GARNER, NOTARY PUBLIC, STATE OF TEXAS, NOTARY ID 128453200, 11/22/2018]



## The State of Texas
### Secretary of State

I, Rolando B. Pablos, Secretary of State of the State of Texas, DO HEREBY CERTIFY that I am the duly appointed and qualified Secretary of State of the State of Texas and, under and by virtue of the laws thereof, the custodian of its laws and the registrar of its public officers; and

THAT according to the records of this office, Frances Arita is Custodian of Records, Texas Department of Motor Vehicles, and is entitled to act in that capacity and to certify to instruments in that department.

Issued: September 6, 2018
Certificate Number 11608642



Rolando B. Pablos
Secretary of State
GF/aw

100520

# CERTIFICATE OF ORIGIN FOR A VEHICLE



# TOYOTA

**DATE** 07-08-2010

**INVOICE NO.** 0185034

**VEHICLE IDENTIFICATION NO.** 4T1BF3EK3BU627866

**YEAR** 2011

**MAKE** TOYOTA

**BODY TYPE** 4-DOOR LE SEDAN

**SHIPPING WEIGHT** 3,208

**H.P. (S.A.E.)** 169

**G.V.W.R.** 4315

**NO. CYLS.** 4

**SERIES OR MODEL** CAMRY

**ENGINE NO.** 2AR-D290133

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

KOONS OF ANNAPOLIS, INC.
DBA KOONS TOYOTA
1107 WEST STREET
ANNAPOLIS    MD 21401

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

CERTIFIED FOR SALE IN ALL 50 STATES OF THE U.S.A.

TOYOTA MOTOR SALES, U.S.A., INC.

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

Senior V.P.-Finance-Administration (AGENT)

T007536918

GLEN BURNIE, MD.
CITY - STATE

2552 (08/09)

15

Benjamin Quaintance-EL
P.O. Box 2461
Friendswood, Texas 77549



David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, Texas 77208





U.S. POSTAGE PAID
FCM LG ENV
FRIENDSWOOD, TX
77546
JUL 16, 19
AMOUNT
$4.95
R2305H143688-12